UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.:

| | |
|---|---|
| DIEGO MANUEL MORALES CARACAS, DOMINGO BURGOS, and all others similarly situated under 29 U.S.C. 216(b),<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>RIZEN FLEET LOGISTICS, INC, and EDUARDO F RODRIGUEZ, SR,<br><br>　　　　　Defendants. | 16-CV-22421-Lenard/Goodman |

**SUMMONS IN A CIVIL ACTION**

To:
EDUARDO F RODRIGUEZ, SR
5448 Hoffer Ave, SUITE 305
Orlando, FL 32812

A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　J.H. Zidell, Esq.
　　　　　J.H. Zidell P.A.
　　　300 71ST Street, Suite 605
　　　Miami Beach, Florida 33141

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 24, 2016**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

SUMMONS

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.:

| | |
|---|---|
| DIEGO MANUEL MORALES CARACAS, DOMINGO BURGOS, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiffs,<br>vs.<br><br>RIZEN FLEET LOGISTICS, INC, and EDUARDO F RODRIGUEZ, SR,<br><br>Defendants. | **16-CV-22421-Lenard/Goodman** |

## SUMMONS IN A CIVIL ACTION

To:
RIZEN FLEET LOGISTICS, INC.
c/o Registered Agent, EDUARDO F RODRIGUEZ, SR
5448 Hoffer Ave, SUITE 305
Orlando, FL 32812

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 3...

If you fail to respond, judgment by default will be ent... the complaint. You also must file your answer or motion with t...

**SUMMONS**

Date: **June 24, 2016**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts